MILDRED R. REEVE, Appellant, v. JOHN H. REEVE, JR., Respondent.—

(Cf. *Henning* v. *Henning*, 272 App. Div. 676; *De Robertis* v. *De Robertis*, 254 App. Div. 811; *Davis* v. *Davis*, 195 App. Div. 430; *Botway* v. *Botway*, 273 App. Div. 948.)   Although we do not regard such recitals as a determination of the issues involved, nor as binding in any respect on the court which will try the issues, they are redundant and unnecessary.   (Cf. *White* v. *White*, 175 Misc. 66.)   Nolan, P. J., Carswell, Johnston, Sneed and Wenzel, JJ., concur.

GEORGE ROSENBERG, Respondent, v. D. & M. CONSTRUCTION COMPANY, INC., et al., Appellants.—

No opinion.   Present — Nolan, P. J., Carswell, Johnston, Sneed and Wenzel, JJ.

RUBIN SHAPS, Respondent, v. HAROLD BAKER et al., Defendants, and LENOX BAKE SHOP, INC., et al., Appellants.—

No opinion.   Present — Nolan, P. J., Carswell, Johnston, Sneed and Wenzel, JJ.